IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| RAMEKA DILLON-GRIFFIN, as next friend of EUGENE WILSON,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOE 1, et al.,<br><br>  Defendants. | CIVIL ACTION NO.: 5:25-cv-47 |

## ORDER AND REPORT AND RECOMMENDATION

I submitted my Report and Recommendation on June 12, 2025, recommending that the Complaint be dismissed for lack of standing.  Doc. 6.  On July 3, 2025, Plaintiff filed the Amended Complaint.  Because an Amended Complaint supersedes the original Complaint, I **VACATE** my previous Report and Recommendation and consider Plaintiff's Amended Complaint.

Rameka Dillon-Griffin, Plaintiff's mother, filed the original Complaint as next friend of Plaintiff.  Doc. 1.  I recommended that the Court dismiss the Complaint without prejudice because a pro se plaintiff may not proceed in a representative capacity.  Doc. 6.  Plaintiff's Amended Complaint is unsigned.  Doc. 7.  However, Plaintiff also submitted a Motion for Leave to File Without Signature.  Plaintiff argues that he is unable to timely sign pleadings due to his status on lockdown in Georgia Department of Corrections Custody.  Doc. 9.  Plaintiff asks that the Court accept the Amended Complaint without physical signature.  Plaintiff's Motion was signed by Rameka Dillon-Griffin.  Id.

Plaintiff's arguments still describe a representative suit, which Plaintiff may not file *pro se*. See Weber v. Garcia, 570 F.2d 511, 514 (5th Cir. 1978) ("[I]ndividuals not licensed to practice law by the state may not use the 'next friend' device as an artifice for the unauthorized practice of law."). To allow Plaintiff's mother to continue to file on his behalf without Plaintiff's signature would disregard this principle. In addition, the Federal Rules of Civil Procedure are clear that any pleading, written motion, or other paper be signed "by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Because all filings in this case have been made by Rameka Dillon-Griffin, who is not Plaintiff's attorney, there is no valid Complaint for the Court to consider. If Plaintiff wishes to proceed with this action *pro se*, he must personally sign the Complaint.

Therefore, I **VACATE** my previous Report and Recommendation. I **RECOMMEND** the Court **DISMISS without prejudice** the Amended Complaint and **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. I further **RECOMMEND** the Court **DENY** Plaintiff leave to appeal *in forma pauperis*. I **RECOMMEND** the Court **DENY** Plaintiff's Motion for Leave to File Without Signature. I **RECOMMEND** the Court **DENY as moot** Plaintiff's Motion for Preliminary Injunction. I **DENY as moot** Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* in this Court.

**SO ORDERED** and **REPORTED AND RECOMMENDED**, this 11th day of July, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2