AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAMEKA DILLON-GRIFFIN,

    Plaintiff,

v.

WARDEN GLENN MITCHELL, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:25-cv-047

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order entered August 8, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's amended complaint is dismissed without prejudice, Plaintiff's motion for a preliminary injunction is denied as moot, and Plaintiff's motion for leave to file without signature is denied. Further, Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: August 8, 2025

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk